■ BERNARD KAMER et al., Respondents, v. ITT LIFE INSURANCE COMPANY OF NEW YORK, Appellant.— Order and judgment unanimously affirmed, with $50 costs and disbursements to the respondents. We do not find it necessary to reach the question whether or not a life insurance company has an independent action against a third party to recover damages for fraud which induces the issuance of a life policy and whether such cause of action would survive the period covered by section 155 (subd. 1, par. [b]) of the Insurance Law. Incidentally, it is also to be noted that, as a general rule, in an action upon a partnership debt, a claim of a defendant against an individual partner may not be utilized as a setoff against the debt. (See 39 ALR 2d 295; *Ruzicka* v. *Rager,* 305 N. Y. 191, mot. for rearg. den. 305 N. Y. 798; *Spofford* v. *Rowan,*

124 N. Y. 108; *Harrison* v. *Vanderbilt*, 9 N. Y. St. Rep. 810, affd. without opinion 120 N. Y. 622; *Edelman* v. *Schwartz*, 178 N. Y. S. 587; *Ravold* v. *Fred Beers, Inc.*, 151 Misc. 628; *Ladue* v. *Hart*, 4 Wend. 583; *Dob* v. *Halsey*, 16 Johns. 34.) Concur — Eager, J. P., Tilzer, McGivern, McNally and Steuer, JJ.